STATE OF MAINE                          SUPERIOR COURT
Cumberland, ss.                         Civil Action
                                        Docket No. _____

SUPPLEMENT EDGE, INC. d/b/a NEXT )
GEN NUTRITION,                   )
                                 )
            Plaintiff,           )           **COMPLAINT**
                                 )
v.                               )
                                 )
ONE BRANDS, LLC,                 )
                                 )
            Defendant.           )
                                 )

Plaintiff, SUPPLEMENT EDGE, INC. d/b/a NEXT GEN NUTRITION ("Next Gen"),

by and through counsel, complains against Defendant, ONE BRANDS, LLC ("One Brands"),

as follows:

## INTRODUCTION

1.      This in an action for declaratory judgment and damages for One Brand's tortious

interference with Next Gen's contractual and economic relationship with Amazon.com. As a

result of One Brands' tortious conduct, Next Gen has incurred substantial damages and its

damages are continuing to accrue.

## PARTIES AND JURISDICTION

2.      Next Gen is a Maine corporation with its principal place of business in Portland,

Cumberland County, State of Maine.

3.      One Brands is a Delaware limited liability company with its principal place of

business in Charlotte, North Carolina.

4.      This Court has personal jurisdiction over One Brands, *inter alia*, because it

committed a tortious act and/or caused the consequences of a tortious act to occur in the State of

Maine within the scope of 14 M.R.S.A. § 704-A.

5.      Venue is proper in Cumberland County, Maine, because Next Gen's principal place of business is in Portland, Maine.

### GENERAL ALLEGATIONS

6.      One Brands manufactures and sells nutritional protein bars.

7.      Next Gen is a third party seller of products on Amazon.com.

8.      Next Gen and Amazon.com are parties to an Amazon Services Business Solutions Agreement (the "Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit "A."

9.      As part of the Agreement, Next Gen is also bound by Amazon.com's Product Guidelines, including its Condition Guidelines (collectively the "Policies"). A true and correct copy of the relevant Policies are attached hereto as Exhibit "B."

10.      A violation of Amazon.com's Policies may result in the loss of selling privileges or other legal consequences.

11.       Both the Agreement and the Policies are publically available.

12.      One Brands has actual knowledge of the Agreement and Policies, and actual knowledge that Next Gen is a party to the Agreement and subject to the Policies.

13.      Next Gen sells health supplements and related products, including One Brands' products.

14.      Next Gen has been selling One Brands products on Amazon.com for years without incident.

15.      At all times, Next Gen has sold One Brands products in full compliance with the Agreement and Policies.

2

16.     One Brands has attempted to prohibit Next Gen from selling its products on Amazon.com since at least 2018.

17.     In 2018, One Brands sent Next Gen several e-mails through the Amazon website demanding that it immediately delist and cease selling One Brand's product on Amazon.

18.     In the 2018 communications, One Brands threatened to contact ". . . Amazon's legal department to advise them of your unauthorized resale activity in the Amazon Marketplace...", and threatened to use Amazon's policies to "...remove your Amazon seller account".

19.     In May and June of 2020, One Brands notified Next Gen through the Amazon website, that it was ". . . committed to protecting our brands, customer partners and customers by tackling product misrepresentation and intellectual property infringement on the Amazon.com Marketplace".

20.     In the May and June 2020 communications, One Brands demanded certain information from Next Gen and stated "If we cannot verify the authenticity and quality of your ONE inventory, then we must request that the listing be immediately removed from the Amazon.com Marketplace".

21.     In the May and June 2020 e-mails, One Brands cited a variety of violations that are ". . . grounds for your product offering to be removed from the Amazon platform altogether . . ."

22.     Shortly thereafter, One Brands purchased its own products from Next Gen, and subsequently notified Amazon that Next Gen was selling its One Brands products in violation of Amazon's Condition Policies.

23.     One Brand's reports to Amazon.com were false.

3

24.     As a result of One Brand's actions, Amazon.com removed Next Gen's listings for all of its One Brands products.

25.     On July 22, 2020, Next Gen, through counsel, sent a letter to One Brands in an effort to resolve the dispute, so it could reinstate its listings on Amazon.com

26.     Efforts to resolve the dispute have been unsuccessful.

27.     Amazon.com will not restore the listings without approval from One Brands, and One Brands is withholding its approval for no legitimate reason.

28.     Next Gen has thousands of dollars of One Brands inventory that it now is barred from selling on Amazon.com, which is its principal marketplace for selling such products.

29.     Next Gen has engaged the undersigned attorney and is obligated to pay him a reasonable attorney's fee.

30.     All conditions precedent to bringing this action have occurred, have been satisfied or were waived.

### COUNT I –Declaratory Judgment (14 M.R.S.A. § 5951 et seq.)

31.     Next Gen repeats and realleges the allegations contained in the foregoing as if set forth in full herein.

32.     Next Gen has a contractual relationship with Amazon.com pursuant to which it has agreed to abide by Amazon.com's terms and conditions as set forth in Exhibits A and B hereto.

33.     One Brands was aware that Next Gen was bound by the Agreement and subject to the Policies.

4

34.     One Brands tortiously interfered with Next Gen's contractual rights to sell products on Amazon.com by falsely notifying Amazon.com that Next Gen is selling One Brands products in violation of Amazon.com's Policies.

35.     One Brands' sole motivation is to eliminate competition and monopolize the market.

36.     One Brands began its assault on Next Gen in 2018 when it issued a cease and "delist" notice to Next Gen and threatened to terminate Next Gen's Amazon seller account.

37.     There is no justification for One Brands' tortious misconduct.

38.     Under the circumstances, Next Gen cannot sell its One Brands products on Amazon.com and Next Gen's seller listings have been removed.

39.     There is an actual, genuine, and justiciable controversy between the parties, and Next Gen is entitled to a declaratory judgment that its One Brands products meet Amazon.com's Policies.

WHEREFORE, pursuant to 14 M.R.S.A. § 5951 *et. seq*, Next Gen respectfully requests that this Court enter a declaratory judgment that its One Brands products meet Amazon.com's Policies, award Next Gen its costs and reasonable attorney's fees, together with further relief as this Court deems just and appropriate.

## COUNT II – Tortious Interference with Contractual Relationship

40.     Next Gen repeats and realleges the allegations contained in the foregoing as if set forth in full herein.

41.     Next Gen has a valid contractual relationship with Amazon.com pursuant to which it has agreed to abide by Amazon.com's terms and condition as set forth in Exhibits A and B hereto.

5

42.     One Brands was aware that Next Gen was bound by the Agreement and subject to the Policies.

43.     One Brands has tortiously interfered with Next Gen's contractual rights to sell products on Amazon.com through fraud and intimidation by falsely notifying Amazon.com that Next Gen's products do not meet Amazon.com's condition Policies.

44.     One Brands' motivation is to unlawfully stifle competition, monopolize the market for the products and drive up prices for consumers.

45.     One Brands' statements to Amazon were false statements of material fact.

46.     One Brands made the statements with knowledge of their falsity and/or in reckless disregard of whether the statements were true or false.

47.     One Brands made the statements for the purpose of inducing Amazon to remove Next Gen's listings for all of its One Brands products.

48.     Amazon justifiably relied upon the false representations, and removed Next Gen's listings for all of its One Brands products.

49.     Next Gen is now unable to sell its One Brands products on Amazon.com, and Next Gen's seller listings have been removed.

50.     As a result, Next Gen has incurred substantial damages, and damages that are continuing to accrue.

WHEREFORE, Next Gen respectfully requests that this Court enter a judgment for all of its damages against One Brands in an amount to be determined at trial together with costs, interest, and attorney's fees, along with such other and further relief as this Court deems just and appropriate.

**COUNT III – Tortious Interference with Existing and Prospective Economic Advantage**

51.     Next Gen repeats and realleges the allegations contained in the foregoing as if set forth in full herein.

52.     Next Gen has an existing and prospective economic advantage with Amazon.com pursuant to which it has agreed to abide by Amazon.com's terms and condition as set forth in Exhibits A and B hereto.

53.     One Brands was aware that Next Gen was bound by Amazon.com's terms and conditions.

54.     One Brands has tortiously interfered with Next Gen's existing and prospective economic advantage to sell products on Amazon.com through fraud and intimidation by falsely notifying Amazon.com that Next Gen's products do not meet Amazon.com's Policies.

55.     One Brands' motivation is to unlawfully stifle competition, monopolize the market for the products and drive up prices for consumers.

56.     One Brands' statements to Amazon were false statements of material fact.

57.     One Brands made the statements with knowledge of their falsity and/or in reckless disregard of whether the statements were true or false.

58.     One Brands made the statements for the purpose of inducing Amazon to remove Next Gen's listings for all of its One Brands products.

59.     Amazon justifiably relied upon the false representations, and removed Next Gen's listings for all of its One Brands products.

60.     Next Gen is now unable to sell its One Brands products on Amazon.com, and Next Gen's seller listings have been removed.

7

61.   As a result, Next Gen has incurred substantial damages, and damages that are continuing to accrue.

WHEREFORE, Next Gen respectfully requests that this Court enter a judgment for all of its damages against One Brands in an amount to be determined at trial together with costs, interest, and attorney's fees, along with such other and further relief as this Court deems just and appropriate.

Dated:  August 27, 2020

_____
Michael J. Donlan, Maine Bar No. 6824
Attorney for Plaintiff Supplement Edge, Inc.
d/b/a Next Gen Nutrition

VERRILL DANA, LLP
One Portland Square
Portland, ME  04101-4054
(207) 774-4000
mdonlan@verrill-law.com

8

14097400_1