UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SUPPLEMENT EDGE INC<br>Plaintiff,<br><br>v.<br><br>ONE BRANDS LLC<br>Defendant, | )<br>)<br>)<br>) Civil No. 2:20-cv-00348-LEW<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order on Motion to Dismiss entered by U.S. District Judge Lance E. Walker on March 1, 2021,

JUDGMENT of dismissal is hereby entered.

                                                    CHRISTA K. BERRY
                                                    CLERK

                                  By:   /s/Jennifer G. Driscoll
                                               Deputy Clerk

Dated: March 1, 2021